IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| IN THE MATTER OF FORFEITURE OF COLLATERAL SCHEDULE FOR THE UNITED STATES POSTAL SERVICE OFFICE OF INSPECTOR GENERAL | ) ) ) ) ) |

## MOTION TO ADOPT FORFEITURE OF COLLATERAL SCHEDULE

The United States of America, Bryan Schroder, United States Attorney for the District of Alaska, moves the Court to adopt a Forfeiture of Collateral Schedule for the United States Postal Service Office of Inspector General.

The United States Postal Service Office of Inspector General hereby submits a proposal for a Forfeiture of Collateral Schedule for the violation of rules and regulations enforced by the United States Postal Service Office of Inspector General in Alaska. The United States moves that pursuant to the Rules of Procedure for the Trial of Minor Offenses before United States Magistrate Judges and the General Rules of this Court, all previously entered orders regarding the Forfeiture of Collateral Schedule for the United States Postal Service Office of Inspector General be and are hereby vacated.

The United States moves that any person charged with violating an offense listed in the attached Forfeiture of Collateral Schedule, may, in lieu of appearance, post collateral in the amount indicated for the offense and consent to forfeiture of collateral or be required to appear for offenses as indicated.

1

The United States moved the Court that its order take effect as of 12:01 a.m. on a date set by the Court.

RESPECTFULLY SUBMITTED this 14th day of January, 2020, at Anchorage, Alaska.

        BRYAN SCHRODER
        United States Attorney

        s/ Bryan Schroder
        BRYAN SCHRODER
        United States of America
        United States Attorney